█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLEN HARVEY, Appellant. [771 NYS2d 402]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered July 30, 2001. The judgment convicted defendant, upon her plea of guilty, of conspiracy in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Gorski and Lawton, JJ.